UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

Case No. 10-21305

Chapter #13

OCT 18'10 AM 10:43 USB

In Re: *Extended Motion to Stay*

Debtor: *Juliet F. McDermott*

DEBTOR'S MOTION FOR *Extend to Stay*

To the Hon. *Joan Feeney*, Bankruptcy Judge:

I, *Juliet F. McDermott*, the Debtor herein, make this Motion for *Extended Motion to Stay* and request the following:

*Please help me do all the right actions in regards to this very important matter*

In support of this Motion, I hereby allege as follows:

*I have a job now and I am working with the Banks with loan modification and some short sales. I would appreciate an extended stay in this matter because 30 days goes by so fast and the banks are so backlogged we need as much workable space as possible / they only do five Business days / they have answering machines full of messages / they do not get back to you*

-2-

*In a good/timely order they have young kids without the house and also other countries answering / so your Help + support, with this/very important matter*

WHEREFORE, the Debtor prays for an order granting the relief requested.

Dated: Oct 18, 2010

_____
Debtor(s) Signature

*is greatly appreciated*

*Sincerely*